KAREN MCCONVILLE, SBN 269234
McConville Law
24 Professional Center Parkway, Suite 240-D
San Francisco, California 94903
Tel: 415-786-7806
Email: kmcconville3@gmail.com

Attorney for
Manuel Sanchez-Pedraza

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MANUEL SANCHEZ-PEDRAZA,<br><br>  Defendant. | Case No. 21-cr-00439-BLF-3<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |

Defendant, Manuel Sanchez-Pedraza, has been released on a $50,000 unsecured bond with the condition that he observe a curfew and remain in his home between the hours of 6pm and 7am. Mr. Sanchez-Pedraza has secured employment in the construction industry and needs to leave his home earlier in the morning to be on site for 7am. Therefore, it is requested that his curfew be modified to 6pm to 6am. Assistant United States Attorney, Ross Weingarten, does not object to this modification of his release conditions. Counsel contacted pretrial services officer, Kim Do, and she has no objection. For the reasons stated above, the parties hereby stipulate that there is good cause to permit the above modification of Mr. Sanchez-Pedraza's conditions of

release.

Dated:                                              Respectfully submitted,


                                                    /s/
                                    KAREN MCCONVILLE
                                    Attorney for Manuel Sanchez-Pedraza

                                    United States Attorney's Office


                                                    /s/
                                    ROSS WEINGARTEN
                                    Assistant United States Attorney


## **ORDER**

For good cause, the Court grants Defendant's request to modify his conditions of release allowing for a curfew between the hours of 6pm to 6am.

IT IS SO ORDERED.

DATED: November 22, 2021

                                              HON. KANDIS A. WESTMORE
                                              United States Magistrate Judge